UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT J. LARRY, | Case No. 3:16-cv-1892-AC |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| STATE OF OREGON, by and through OREGON DEPARTMENT OF HUMAN SERVICES, by and through OREGON VOCATIONAL REHABILITATION SERVICES; TRINA LEE, Director of Oregon Vocational Rehabilitation Services; ROBERT COSTELLO, DONNA DUFF, TRACY SCHAFFER, SARAH SANDRUDDIN, MARK MASTHOFF, JOHN DOES 1-10, all in their individual and official capacities; DR. ROBINANN COGBURN, and DR. LUAHNA UDE, Contractors of Oregon Vocational Rehabilitation Services, in their professional and individual capacities, | |
| Defendants. | |

PAGE 1 - JUDGMENT

ACOSTA, Magistrate Judge:

Based on the Opinion and Order dated February 19, 2019, in which the court granted defendants' motions for summary judgment,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice. Pending motions, if any, are DENIED as moot, and all scheduling dates shall be vacated and stricken from the calendar.

DATED this 19th day of February, 2019.

/s/ John V. Acosta  
JOHN V. ACOSTA  
United States Magistrate Judge